David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Shawn Eldridge (276581)
EldridgeS@cmtlaw.com
Carlson & Messer LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
ENHANCED RECOVERY COMPANY, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIR NEMATULLAH SADAT, | CASE NO.: '16CV1516 L    MDD |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| ENHANCED RECOVERY COMPANY, LLC | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant ENHANCED RECOVERY COMPANY, LLC ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1.  On May 9, 2016, Plaintiff MIR REMATULLAH SADAT ("Plaintiff") filed a civil action in the Superior Court of California, San Diego County, entitled *Sadat vs. Enhanced Recovery Company, LLC.*, Case No. 37-2016-00335839-SC-

SC-CTL.  A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

    2.    Plaintiff's Complaint was served on Defendant on May 20, 2016.

    3.    This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 U.S.C. § 1446(b).

    4.    There are no other Defendants named in Plaintiff's Complaint.

    5.    This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.).  It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a).  In this regard, Plaintiff alleges in the Complaint that Defendant violated the the Fair Debt Collection Practices Act by incorrectly reporting to credit bureau agencies.  (See Exhibit A.)

    6.    Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

    7.    Plaintiff's Complaint does not include a demand for a jury trial.

    8.    Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED:  June 16, 2016        **CARLSON & MESSER, LLP**

        By:    s/ Shawn Eldridge
        David J. Kaminski
        Shawn Eldridge
        Attorneys for Defendant,
        ENHANCED RECOVERY COMPANY, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2016, a true and accurate copy of the foregoing NOTICE OF REMOVAL was served via mail and email on the following person:

Mir Nematullah Sadat
9431 Gold Coast Drive, #F6
San Diego, CA 92126
Email: nematsadat@gmail.com

        /s/ Luis Montoya
        Luis Montoya
        CARLSON & MESSER LLP

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 W. Century Blvd., Suite 1214, Los Angeles, California 90045.

On **June 16, 2016**, I served the foregoing document(s) described as: **NOTICE OF REMOVAL** on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[X] **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ] **BY ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **BY OVERNIGHT DELIVERY:** I deposited the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ ] **BY FACSIMILE** – I transmitted via telecopier machine such document to the interested parties at the facsimile number(s) listed on the attached service list.

Executed this **16th** day of **June, 2016** at Los Angeles, California.

_____
Luis Montoya

{00050336;1}

1

## SERVICE LIST

*Sadat vs. Enhanced Recovery Company, LLC*
Case No. 37201600335839SCSCCTL
File No. 08507.00

| Mir Nematullah Sadat<br>9431 Gold Coast Drive # F6<br>SAN DIEGO, CA 92126 | In Pro Per |
|---|---|

{00050336;1}

2