Mir Nematullah Sadat
9431 Gold Coast Drive, #F6
San Diego, CA 92126
nematsadat@gmail.com

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Shawn Eldridge (SBN 276581)
eldridges@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
ENHANCED RECOVERY, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIR NEMATULLAH SADAT,<br><br>            Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC<br><br>            Defendant. | Case No. 3:16-CV-01516-L-MDD<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS:**

   **PLEASE TAKE NOTICE** that the parties have agreed to settle the above-entitled matter in its entirety.

/ / /

/ / /

/ / /

/ / /

NOTICE{00051250;1}

1

The parties anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice within 45 days from the date of this Notice.

Dated: July 7, 2016

**MIR NEMATULLAH SADAT**

By: _____
MIR NEMATULLAH SADAT
Plaintiff in Pro Se

**CARLSON & MESSER LLP**

Dated: July 7, 2016

By: /s/Shawn Eldridge
David J. Kaminski
Shawn Eldridge
Attorneys for Defendant,
*ENHANCED RECOVERY COMPANY, LLC*

NOTICE{00051250;1}